United States District Court
Northern District of California

1

2                         UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4

5    STEVEN WAYNE BONILLA,                    Case Nos.  25-cv-5296-PJH

6              Plaintiff,                                25-cv-5351-PJH
                                                         25-cv-5352-PJH
7         v.                                             25-cv-5353-PJH

8                                                        25-cv-5595-PJH
     SACRAMENTO COUNTY SUPERIOR                          25-cv-5596-PJH
9    COURT et. al.,                                      25-cv-5597-PJH

             Defendants.                                 25-cv-5598-PJH
10                                                       25-cv-5600-PJH

11                                                       25-cv-5601-PJH
                                                         25-cv-5602-PJH
12                                                       25-cv-5603-PJH

13                                                       25-cv-5604-PJH
                                                         25-cv-5605-PJH
14                                                       25-cv-5606-PJH

15                                                       25-cv-5900-PJH
                                                         25-cv-5903-PJH
16                                                       25-cv-5905-PJH

17                                                       25-cv-5906-PJH
                                                         25-cv-5907-PJH
18                                                       25-cv-5909-PJH

19                                                       25-cv-5910-PJH
                                                         25-cv-5912-PJH
20                                                       25-cv-5915-PJH

21                                                       25-cv-5916-PJH
                                                         25-cv-5917-PJH
22                                                       25-cv-5918-PJH

23                                                       25-cv-5920-PJH
                                                         25-cv-6015-PJH
24                                                       25-cv-6051-PJH

25                                                       25-cv-6052-PJH
                                                         25-cv-6053-PJH
26

27

28

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14

25-cv-6054-PJH
25-cv-6055-PJH
25-cv-6056-PJH
25-cv-6057-PJH
25-cv-6058-PJH
25-cv-6059-PJH
25-cv-6060-PJH
25-cv-6140-PJH
25-cv-6141-PJH
25-cv-6142-PJH
25-cv-6143-PJH
25-cv-6144-PJH
25-cv-6273-PJH
25-cv-6274-PJH

**ORDER DISMISSING MULTIPLE CASES WITH PREJUDICE**

15    Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42

16 U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

17 petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

18 YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

19 *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

20    Plaintiff presents nearly identical claims in these actions.  He names as

21 defendants various federal judges, state judges, state courts, and law enforcement

22 officials.  He seeks relief regarding his underlying conviction or how his other cases were

23 handled by the state and federal courts.

24    To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

25 he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

26 "under imminent danger of serious physical injury" at the time he filed his complaint.  28

27 U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

28 No. 13-0951 CW.

1    The allegations in these complaints do not show that plaintiff was in imminent

2    danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

3    IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

4    U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

5    *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

6    828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

7    prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

8    cases.[1]

9    Furthermore, these are not cases in which the undersigned judge's impartiality

10    might be reasonably questioned due to the repetitive and frivolous nature of the filings.

11    *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

12    reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

13    assigned to that judge). [2]

14    The clerk shall terminate all pending motions and close these cases.  The clerk

15    shall return, without filing, any further documents plaintiff submits in these closed cases.

16    **IT IS SO ORDERED.**

17    Dated: July 28, 2025

18

19                                                     /s/ Phyllis J. Hamilton
                                                    PHYLLIS J. HAMILTON
20                                                  United States District Judge

21

22

23

24

25

_____

26    [1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 77th order issued by the undersigned since April 30, 2020, pertaining to 1,162 different cases.
27    Plaintiff filed 962 other cases with the three other judges since 2011.
[2] Plaintiff names the undersigned as a defendant in one of these cases, though presents
28    no specific allegations.  *See* Case No. 25-6054.  Plaintiff does not seek recusal, nor is recusal warranted considering the frivolous nature of the cases.

*United States District Court*
*Northern District of California*